IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISON

| | |
|---|---|
| MARITZ HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:17-cv-01212-RWS |
| TRAVLERS CASUALTY and | ) |
| SURETY COMPANY OF AMERICA and | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SUBPOENA AND THIRD PARTY DOCUMENT REQUEST**

COMES NOW Plaintiff, Maritz Holdings, Inc., by and through counsel Sauter Sullivan, LLC, and provides notice to Defendant of the attached subpoena and document request directed to Apple Incorporated.  This notice is provided pursuant to Rule 45(a) (4) of the Federal Rules of Civil Procedure.

**SAUTER • SULLIVAN, LLC**

**By:** /s/ Kevin A. Sullivan
Kevin A. Sullivan, #40735MO
Michael L. Knepper, #59636MO
3415 Hampton Avenue
St. Louis, MO 63139
314-768-6800
314-781-2726– FAX
Ksullivan@ss-law.net
Mknepper@ss-law.net

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was sent via electronic mail and through the Court's electronic filing system this 7th day of September, 2017, to:

| | |
|---|---|
| Manier & Herod, P.C. | Thompson Coburn, LLP |
| Justin D. Wear | Matthew Darrough |
| 1201 Demonbreun St., Suite 900 | One US Bank Plaza |
| Nashville, TN 37203 | St. Louis, Missouri 63101 |
| jwear@manierherod.com | mdarrough@thompsoncoburn.com |
| | |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

/s/ Kevin A. Sullivan