IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARITZ HOLDINGS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:17-cv-01212 RWS |
| TRAVELERS CASUALTY AND SURETY ) | |
| COMPANY OF AMERICA and FEDERAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Maritz Holdings Inc. and Defendants Travelers Casualty and Surety Company of American and Federal Insurance Company and stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

*/s/ Matthew S. Darrough*
Matthew S. Darrough, 46307MO
Thompson Coburn LLP
One US Bank Plaza
St. Louis MO 63101
Phone: (314) 552-6000
Fax: (314) 552-7000
mdarrough@thompsoncoburn.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Jeffrey S. Price (w/ permission by MSD)
Scott Williams            Missouri 65682
Jeffrey S. Price          *Pro Hac Vice*
Justin D. Wear            *Pro Hac Vice*
MANIER & HEROD, P.C.
1201 Demonbreun St., Suite 900
Nashville TN 37203
Phone: (615) 244-0030
Fax: (615) 242-4203
SWilliams@manierherod.com
JPrice@manierherod.com
JWear@manierherod.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February 2018, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

*/s/ Matthew S. Darrough*